# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MARY MONTGOMERY and STEVEN MONTGOMERY, individually and their marital community,

Plaintiffs,

v.

SEARS ROEBUCK & CO., a New York for-profit corporation d/b/a SEARS MERCHANDISE GROUP; U.S. RETAIL PARTNERS, LLC, a Delaware limited liability corporation,

Defendants.

C07-1005Z

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motions, (docket nos. 91 and 94) to strike the Steven Montgomery declaration, (docket no. 86), are DENIED. The declaration is based on personal knowledge and states facts or opinions the witness may testify to at trial. The defendants' motions (also contained in docket nos. 91 and 94) to strike references to the ASTM and USDOT standards are also DENIED. See Fed. R. Evid. 803(18).

(2) Defendants' motions for summary judgment, (docket nos. 73 and 78) and plaintiffs' cross-motion for partial summary judgment, (docket nos. 88 and 90), are DENIED. There are material issues of fact that preclude summary judgment.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER 1–

Filed and entered this 13th day of February, 2009.

BRUCE RIFKIN, Clerk

By <u>    s/ Claudia Hawney    </u>
Claudia Hawney
Deputy Clerk

MINUTE ORDER 2–