UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY MONTGOMERY and STEVEN MONTGOMERY, individually and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS ROEBUCK & CO., d/b/a SEARS MERCHANDISE GROUP; U.S. RETQAIL PARTNERS, LLC,<br><br>Defendants. | Case No. C07-1005TSZ<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against DEFENDANTS , and on behalf of PLAINTIFFS in the amount of $6,247.96 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. FILING FEES | $200.00 | 0 | $200.00 |
| II. SERVICE COSTS | $167.90 | 0 | $167.90 |
| III. DEPOSITION COSTS | $4,270.52 | 0 | $4,270.52 |
| IV. COPY COSTS | $1,582.04 | 0 | $1,582.04 |
| V. DOCKET FEE | $27.50 | 0 | $27.50 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| VI. MEDIATION FEES | $1,225.00 | $1,225.00 | 0 |

Costs for mediation are not taxable.

Dated this \_\_\_11th\_\_\_ day of MAY, 2009 .

_____
Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 2